**Order filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00050-CV

_____

**MUTUAL OF OMAHA LIFE INSURANCE COMPANY, Appellant**

**V.**

**JOHNNY COSTELLO, Appellee**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Court Cause No. B-173189**

# O R D E R

The clerk's record in this appeal was filed January 29, 2013. The record contains a judgment that is entitled a "Final Judgment" signed November 30, 2013. The record does not reflect that the judgment is final, however. The record contains an order for partial severance of claims against Keith D. Sexton signed July 26, 2012. The record also contains a docket entry reflecting that on December 19, 2012, the trial court signed an order severing the extra-contractual claims against

appellant into a new cause number B173189-B, but there is no signed order severing these claims in our record.

Because we have determined that a relevant item has been omitted from the clerk's record, we issue the following order. *See* Tex. R. App. P. 34.5(c).

The Jefferson County Clerk is directed to file a supplemental clerk's record on or before **January 27, 2014**, containing an order signed on or about December 19, 2012, severing the extra-contractual claims against appellant into cause number B173189-B.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM